**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6347**

---

BRANDON PICKENS,

Plaintiff - Appellant,

v.

JONATHAN C. MORGAN, Asheville Police Department Officer; BERENISE ESTRADA, SNAP Inc. Law Enforcement Operations; SNAP INC. LAW ENFORCEMENT OPERATIONS, Snap Chat,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Martin K. Reidinger, Chief District Judge.  (5:22-cv-00126-MR)

---

Submitted:  August 29, 2023                    Decided:  September 1, 2023

---

Before KING, AGEE, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Brandon Michael Pickens, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Pickens appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Pickens v. Morgan*, No. 5:22-cv-00126-MR (W.D.N.C. Mar. 28, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
